UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------------------------

In re: GREGORY V. PEICHEL,   BKY. No.: 10-30498
Chapter 7

Debtor.

**ORDER TERMINATING STAY**

-------------------------------------------------

This case came before the court on the motion of Wells Fargo Bank, N.A. seeking relief from the automatic stay.

Based on the motion and the file,

IT IS ORDERED:

1. The automatic stay imposed by 11 U.S.C. §362 is terminated as to the real property over which the movant, Wells Fargo Bank, N.A., its successors or assigns, has an interest, legally described as:

   Lots 21, and 22, Block 8, Riverside,
   Benton County, Minnesota

2. Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated: April 7, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/07/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk