# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
_____

In Re:

Gregory V. Peichel,

      Debtor.

CHAPTER 7 CASE
CASE NO. 10-30498
_____

**ORDER**

This case is before the Court on the motion of Wells Fargo Bank, N.A., for relief from the automatic stay, pursuant to 11 U.S.C. Section 362. Based on the motion and the file,

IT IS HEREBY ORDERED that Wells Fargo Bank, National Association, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. 362 with regard to the Mortgage dated April 28, 2006, filed for record in the Office of the Stearns County Recorder on May 1, 2006, as Document No. 1191633, executed by the Debtor Gregory V. Peichel, covering the following property: 25 – 11th Avenue North, Waite Park, Minnesota, which property is legally described as:

> Lot Nine (9), Block Forty-Three (43) in the Townsite (now City) of Waite Park, Stearns County, Minnesota.
> Tax Identification Number: 98.61288.0000

Wells Fargo Bank, National Association may proceed in all respects to foreclose and enforce said security interest in accordance with Minnesota law.

Notwithstanding FED. R. BANKR. P. 4001(a)(3), this order is effective immediately.

DATED: May 5, 2010

BY THE COURT:

/e/ Dennis D. O'Brien
The Honorable Dennis D. O'Brien

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/05/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk